```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

ERIC FAUBEL, DEVEON SMITH, and
TRINITY UPPOLE, individually and
on behalf of all other similarly
situated individuals,

       Plaintiffs,

v.                                    Civil Action No. 2:17-cv-02410

GROGG'S HEATING & AIR
CONDITIONING, INC.,

       Defendant.

## ORDER

Pending is the parties' joint motion, filed March 1, 2018, for approval of a settlement agreement and for dismissal of this action with prejudice.

Because the plaintiffs' cause of action is for back wages under the Fair Labor Standards Act ("FLSA"), settlement of their claim requires the court to scrutinize the agreement for fairness. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). On May 22, 2018, the court entered an order concluding that the settlement is fair; however, the court declined to approve the settlement agreement at that time. Instead, the court conditioned its approval on the parties stipulating within fourteen days to strike the agreement's confidentiality provision. On May 31, 2018, the

parties, by counsel, stipulated that the confidentiality provision be stricken from the agreement. (See ECF #35).

Accordingly, it is ORDERED that the parties' joint motion for approval of a settlement agreement and for dismissal of this action with prejudice be, and hereby is, granted and that this matter be stricken from the docket of the court.

The Clerk is directed to transmit copies of this order to all counsel of record and to any unrepresented parties.

ENTER: June 1, 2018

John T. Copenhaver, Jr.
United States District Judge